IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY SAWL,                )
                             )
                             )
        Plaintiff,            )
    v.                       )   Civil Action No. 16-1440
                             )   Judge Nora Barry Fischer
                             )   Chief Magistrate Judge Maureen P. Kelly
ROBERT J. WILKIE, Secretary of the )
Department of Veterans Affairs,[1] )
                             )
        Defendant.           )

## ORDER OF COURT

AND NOW, this 19th day of September, 2018, after a Report and Recommendation was filed by Chief Magistrate Judge Maureen P. Kelly on August 22, 2018, (Docket No. [57]), recommending that Defendant's Motion for Summary Judgment (Docket No. [36]) be granted and the parties were provided 14 days to file written objections thereto, and, after receiving an extension of time from the Court, Plaintiff filed Objections on September 13, 2018, and upon independent review of the record, and upon consideration of Chief Magistrate Judge Kelly's Report and Recommendation, (Docket No. [57]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Objections [60] are OVERRULED as the Court finds that Plaintiff has not presented sufficient evidence to raise a genuine dispute of material fact in furtherance of his age discrimination and retaliation claims and has not cited any authority in his Objections to persuade the Court that Chief Magistrate Judge Kelly's Report and Recommendation should not be adopted;

---

[1] The Court notes that Robert J. Wilkie was confirmed as the Secretary of Veterans Affairs on July 30, 2018 and he is automatically substituted as the defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [57] is GRANTED; and,

FINALLY, an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer, U.S. District Judge

cc/ecf: Chief Magistrate Judge Maureen P. Kelly

All counsel of record